No. 5373.—Saldaña, aplte., v. Municipio de Bayamón, et als., apldos.—C. D. San Juan. Julio 7, 1932.

Por los motivos consignados en la opinión emitida en el día de hoy en el caso No. 5368, *Félix Benítez Rexach y Fernando Caso*, demandantes apelantes, v. *El Municipio de Bayamón, Del Valle & Co., Carlos F. del Valle, Director Gerente y Guillermo S. Esteves, Comisionado del Interior, demandados apelados* (43 D.P.R. 734) se confirma la resolución apelada que dictó la Corte de Distrito de San Juan en el caso de epígrafe con fecha 7 de junio de 1930.

No. 5598.—J. Mulero & Hermano, aplte., *v.* Moneró y Sánchez, apldos.—C. D. de Humacao. Julio 7, 1932

(Por la corte, a propuesta del Juez Asociado Sr. Hutchison.)

Por cuanto, el único error señalado por el apelante se refiere a un supuesto error en la apreciación hecha de la prueba por la corte de distrito;

Por cuanto, el apelante en su alegato ha dejado de demostrar la existencia de tal error por un análisis y discusión adecuada de toda la prueba aducida durante el juicio; y,

Por cuanto, tampoco se desprende de una lectura de la transcripción de la evidencia que la corte haya cometido un erorr tan manifiesto en la apreciación de dicha prueba que exija la revocación de la sentencia apelada.

Por tanto, se confirma la sentencia apelada que dictó la Corte de Distrito de Humacao con fecha 14 de noviembre de 1930 en el caso arriba expresado. Comuníquese.

Ex parte Rodríguez, peticionario.—Sobre Admisión a examen de reválida. Julio 7, 1932.

(Por la corte, a propuesta del Juez Asociado Sr. Córdova Dávila.)

No siendo el ejercicio del Magisterio ni de la teneduría de libros la práctica "en oficinas públicas o privadas donde se requiera un conocimiento de derecho" a que se refiere la Ley No. 45 de 1919, *no ha lugar* a admitir al peticionario a examen de reválida.

Nos. 276 y 277.—Del Toro Fernández y Pérez Arguinzoni, peticionarios, *v.* Junta Local de Elecciones del Primer Precinto del Municipio de San Juan, dmda. Julio 12, 1932. Jimenez Sicardó y De la Cruz, peticionarios, *v.* Junta Local de Elecciones del Segundo Precinto del Municipio de San Juan, Etc., dmda. Julio 12, 1932.

Por los motivos expresados en la resolución de esta Corte de 11 de julio actual en el caso No. 275, *mandamus, Frank A. Martínez y José Enrique Gelpí*, peticionarios v. *Junta Insular de Elecciones*, demandada, *archívese* este asunto.